## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| DARRELL W. CRANFILL, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 3:17-cv-3494-M (BT) |
| | ) | |
| LORIE DAVIS, *Director*, TDCJ-CID, | ) | |
| Respondent. | ) | |

## JUDGMENT

The Court has entered its Order Accepting the Findings, Conclusions and Recommendation of the United States Magistrate Judge in this case.

It is therefore ORDERED, ADJUDGED and DECREED that: (1) Petitioner's claims challenging the state habeas corpus proceedings are dismissed for failure to make a substantial showing of the denial of a federal right; and (2) Petitioner's remaining claims are dismissed as barred by the statute of limitations under 28 U.S.C. § 2244(d).

The Clerk shall transmit a true copy of this Judgment, together with a true copy of the Order accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, to the parties.

SO ORDERED this 4th day of January, 2019.

BARBARA M. G. LYNN
CHIEF JUDGE